# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 120 DB 2015  (No. 52 RST 2015) |
| | : | |
| | : | |
| NICHOLAS LEE WOODHOUSE | : | Attorney Registration No.  203141 |
| | : | |
| PETITION FOR REINSTATEMENT | : | |
| FROM ADMINISTRATIVE SUSPENSION | : | (Out of State) |

## O R D E R

**PER CURIAM**

**AND NOW**, this 21st day of August, 2015, the Report and Recommendation of Disciplinary Board Member dated August 10, 2015, is approved and it is ORDERED that Nicholas Lee Woodhouse, who has been on Administrative Suspension, has never been suspended or disbarred, and has demonstrated that he has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth.  The expenses incurred by the Board in the investigation and processing of this matter shall be paid by the Petitioner.